UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,  )
                                       Plaintiff,  )
      v.  )
                                                )
LUANN RENFROW,  )
                      Defendant/Judgment Debtor,  )
      v.  )
GREENWAY-LAKEWOOD PARTNERS L.P.,  )
                                      Garnishee.  )
_____)

Case No. MC17-0066RSL

ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Luann Renfrow, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Greenway-Lakewood Partners L.P. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on July 5, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

1          Dated this 7th day of July, 2017.

2                                               _____
3                                               Robert S. Lasnik
4                                               United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT         -2-